UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MYLER,<br><br>Plaintiff(s),<br>v.<br><br>WOLVERINE WORLD WIDE d/b/a WOLVERINE,<br><br>Defendant(s). | CASE NO. C26-5766-KKE<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED |

Plaintiff filed this putative class action in Pierce County Superior Court, complaining that Defendant sent him and other Washington consumers marketing emails with false or deceptive subject lines, in violation of Washington's Commercial Electronic Mail Act ("CEMA") and Consumer Protection Act ("CPA"). *See* Dkt. No. 1-2. Defendant removed the action to this Court. Dkt. No. 1. Defendant subsequently filed a motion to stay this action pending a Ninth Circuit ruling that may provide guidance as to whether Plaintiff has Article III standing. Dkt. No. 20. That motion remains pending.

This Court has found that plaintiffs in similar actions lack Article III standing because their complaints failed to allege an injury in fact, and remanded those cases to state court. *See, e.g.*, *Bennett v. Perf OpCo, LLC,* No. C26-1822-KKE, 2026 WL 3082526 (W.D. Wash. Oct. 15, 2026); *Huong v. Béis*, No. 26-0207-KKE, 2026 WL 2620511 (W.D. Wash. Sep. 4, 2026); *Isbell v. Jonathan Adler Enters., LLC*, No. C25-2596-KKE, 2026 WL 2568556 (W.D. Wash. Aug. 31,

2026); *Wade v. Elemis USA, Inc.*, No. C26-0515-KKE, 2026 WL 2500935 (W.D. Wash. Aug. 25, 2026); *Hutton v. Papa John's USA, Inc.*, No. C25-1922-KKE, 2026 WL 2210133 (W.D. Wash. July 31, 2026).

The parties are ORDERED TO SHOW CAUSE, no later than November 2, 2026, why the Court's rationale in *Bennett*, *Huong*, *Isbell*, *Wade* and/or *Hutton* does not apply to this case. Failure to respond to this order will be construed as consent to remand.

Dated this 16th day of October, 2026.

Kymberly K. Evanson
United States District Judge